■ Aridia Bonilla, Respondent, v 191 Realty Associates, L.P., Appellant. [3 NYS3d 349]—

Order, Supreme Court, New York County (Manuel J. Mendez, J.), entered May 13, 2013, which denied defendant's motion for summary judgment dismissing the complaint, unanimously affirmed, without costs.

Defendant failed to establish entitlement to judgment as a matter of law in this action where plaintiff alleges that defendant negligently allowed a broken window on the premises to remain propped open by a tin can for several months, which permitted rain water to enter and spill onto a landing of an interior staircase, where plaintiff fell. Defendant did not demonstrate that it lacked notice of the hazardous condition, as it offered no specific evidence showing that its cleaning routines were followed on the date of the accident, or when the area where plaintiff fell was last cleaned and inspected (*see Guerrero v Duane Reade, Inc.,* 112 AD3d 496 [1st Dept 2013]). Furthermore, defendant did not refute the evidence that it had knowledge of the broken, propped-up window but failed to remedy the condition for months, thereby allowing a recurring dangerous condition of water on the staircase landing whenever it rained (*see Scafe v Schindler El. Corp.,* 111 AD3d 556 [1st Dept 2013]). Concur—Sweeny, J.P., Renwick, Moskowitz, Feinman and Kapnick, JJ.